Norman L. Olson, Successor-Trustee, Appellee, v.
Elmore Real Estate Improvement Company, Appellant.

Gen. No. 44,112.

opinion filed June 16, 1947; rehearing denied June 30, 1947; released for publication June 30, 1947. Hershenson & Hershenson and James B. McKeon, for appellant; Harry G. Hershenson and James B. McKeon, of counsel; Ashcraft & Ashcraft, for appellee; Alan E. Ashcraft, Jr., of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.